## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| JASON CARR and BRUCE CARR, as successor trustees and personal representatives of Joyce E. Carr, deceased,<br><br>    Plaintiffs,<br><br>-vs.-<br><br>TARGET CORPORATION, a/k/a TARGET STORES, a foreign corporation,<br><br>    Defendant. | Case No: 3:18-cv-3002-SEM-TSH |

### MOTION FOR LEAVE TO WITHDRAW COUNSEL FOR DEFENDANT

The undersigned counsel, David J. Deterding, respectfully moves for leave to withdraw attorney Benjamin J. Wilson as counsel for Defendant in this case. Mr. Wilson is no longer with our firm and no longer represents Defendant. The undersigned counsel remain as counsel of record and will continue representation of Defendant. The withdrawal of Mr. Wilson will not prejudice any party or cause any delay in this action.

WHEREFORE, undersigned counsel requests that the Court grant this motion for leave to withdraw attorney Benjamin J. Wilson as counsel for Defendant, and for such other relief as the Court deems proper under the circumstances.

            HEPLERBROOM, LLC
            By: */s/ David J. Deterding*
              Theodore J. MacDonald, Jr. #3125246
                e-mail: tjm@heplerbroom.com
              David J. Deterding   #6296219
                e-mail: dd3@heplerbroom.com
              One Metropolitan Square
              211 North Broadway, Suite 2700
              St. Louis, Missouri 63102
              314-241-6160 telephone
              314-241-6116 facsimile
              ATTORNEYS FOR DEFENDANT

**PROOF OF SERVICE**

    I hereby certify that I electronically filed on this 22nd day of October, 2019 the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- Dawn L. Wall, Esq., Costigan and Wollrab, P.C. (DWall@cwlawoffice.com); ATTORNEYS FOR PLAINTIFFS BRUCE AND JASON CARR

                                                        */s/ David J. Deterding*