UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT SPRINGFIELD, ILLINOIS

| | |
|---|---|
| JASON CARR and BRUCE CARR, as successor Trustees and personal representatives of JOYCE CARR, deceased<br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a/k/a TARGET, STORES, a foreign corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Case No. 3:18-CV-3002-SEM-TSH<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION TO DISMISS**

It is hereby stipulated and agreed by and between the parties hereto, by their respective attorneys, that all claims in the above captioned case be dismissed with prejudice, without costs or attorney fees to any party, all claims having now been resolved.

Respectfully Submitted,

JASON CARR and BRUCE CARR, as successor Trustees and personal representatives of JOYCE CARR, Plaintiffs

BY: **s/Dawn L. Wall**
Dawn L. Wall Bar Number 6196948
Attorney for Plaintiff
Costigan & Wollrab, P.C.
308 E. Washington Street
Bloomington, Illinois 61701
(309) 828-4310 phone
(309) 828-4325 fax
dwall@cwlawoffice.com

1

TARGET CORPORATION, a/k/a TARGET STORES, a foreign corporation,

**/s/ Beth Clemons Boggs**
By: _____
Beth Clemons Boggs
Boggs, Avellino, Lach & Boggs, LLC
bboggs@balblawyers.com

**CERTIFICATE OF SERVICE**

 I hereby certify that on October 15, 2020, I electronically filed the foregoing Stipulation for Dismissal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Ms. Beth Clemons Boggs
bbblawyers@aol.com
ktaylor@boggsfirm.com
bboggs@balblawyers.com

By: **/s/ Dawn L. Wall**
Ms. Dawn L. Wall
Bar No.: 6196948
Costigan & Wollrab, P.C.
308 E. Washington Street
Bloomington, Illinois 61701
Phone: (309) 828-4310
dwall@cwlawoffice.com